■ Irwin Kramer, on Behalf of Himself and All Others Similarly Situated, Respondent, v Hertz Corporation, Appellant. — Appeal from order, Supreme Court, New York County (David Edwards, Jr., J.), entered on October 19, 1982, unanimously dismissed as moot without costs and without disbursements. (See *Kramer v Avis Car Leasing*, 100 AD2d 987.) No opinion. Concur — Murphy, P. J., Sullivan, Ross and Carro, JJ.

■ Irwin Kramer, on Behalf of Himself and All Others Similarly Situated, Respondent, v Hertz Corporation, Appellant. — Appeal from order, Supreme Court, New York County (Bruce Wright, J.), entered on March 23, 1983, unanimously dismissed as moot without costs and without disbursements. (See

*Kramer v Avis Car Leasing,* 100 AD2d 987.) No opinion. Concur — Murphy, P. J., Sullivan, Ross and Carro, JJ.